1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN K. DELANEY
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA   93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America





FILED
JUL 30 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8             IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,         | CASE NO. 1:15 CR 00211 LJO SKO
12 |        Plaintiff,                 | MOTION AND PROPOSED ORDER TO
   |                                   | SEAL INDICTMENT
14 |        v.                         |
15 | MICHAEL MUNIZ, ET AL.             |
16 |                                   |
   |        Defendants.                |

19     The government moves the Court, pursuant to Rule 6(e) of the
20 Federal Rules of Criminal Procedure, to order and direct that the
21 Indictment returned by the Grand Jury on July 30, 2015, charging the
22 above defendants with 21 U.S.C. §§ 846 & 841(a)(1)- Conspiracy To
23 Distribute And Possess With The Intent To Distribute Methamphetamine;
24 21 U.S.C. §§ 841(a)(1)-Distribution Of Methamphetamine; and Criminal
25 Forfeiture Allegations be kept secret until the defendants named in
26 this Indictment are either in custody or have been given bail on
27 these offenses; and further order that until such time as the
28 defendants are in custody or have been given bail, that no person

Motion to Seal Indictment                     1

shall disclose the findings of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: July 30, 2015        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Brian K. Delaney
BRIAN K. DELANEY
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   July 30, 2015        _____
U.S. Magistrate Judge

Motion to Seal Indictment                    2