1  NICHOLAS F. REYES, #102114
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 R STREET
   FRESNO, CA 93721
3  Telephone:  559-486-4500
   Facsimile:  559-486-4533
4  Email:  nfreyeslaw@gmail.com

5  Attorney for Defendant
   MICHAEL MUNIZ

6

7

8

9            IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,           CASE NO.  1:15-CR-211-DAD-BAM - (001)
12 |                 Plaintiff,
                                         STIPULATION TO CONTINUE
13 | v.                                  STATUS CONFERENCE; ORDER

14 | MICHAEL MUNIZ,

15 |                 Defendant.

16

17       Defendant, MICHAEL MUNIZ, by and through his counsel of record,

18  NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

19  through its counsel of record, BRIAN DELANEY, Assistant United States Attorney

20  for the Eastern District of California, hereby stipulate that the status conference in the above-

21  referenced case currently scheduled for Monday, February 8, 2016 at 1:00p.m. be continued

22  to Monday, March 14, 2016 at 1:00p.m.

23       This stipulation is based on good cause and in the interest of justice.   Counsel for

24  defendant substituted in on the case on January 12, 2016 and requires additional time to

25  review discovery.

26  ///

27  ///

28  ////

The parties agree to the exclusion of time under the Speedy Trial Act to allow effective preparation of counsel, to research and continue its investigation, and for ongoing negotiations. For that reason, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: February 4, 2016        /s/ Nicholas F. Reyes
                               NICHOLAS F. REYES
                               Attorney for Defendant
                               MICHAEL MUNIZ

**IT IS SO STIPULATED**

Dated: February 4, 2016        /s/ Brian Delaney
                               BRIAN DELANEY
                               Assistant U.S. Attorney

ORDER

**IT IS SO ORDERED THAT** the 3rd Status Conference for defendant Michael Muniz (01) is continued from 2/8/2016 to March 14, 2016 at 1:00PM before Judge McAuliffe. Time excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

Dated:  **February 4, 2016**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE