NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  nfreyeslaw@gmail.com

Attorney for Defendant
MICHAEL MUNIZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:15-CR-00211-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| MICHAEL MUNIZ, | |
| Defendant. | |

Defendant, MICHAEL MUNIZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, BRIAN DELANEY, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the status conference in the above-referenced case currently scheduled for Monday, March 14, 2016 at 1:00p.m. be continued to Monday, April 25, 2016 at 1:00p.m.

This stipulation is based on good cause and in the interest of justice.   Counsel for defendant is attending his father's funeral services on the date of the presently scheduled status conference.

///

///

////

1

The parties agree to the exclusion of time under the Speedy Trial Act to allow effective preparation of counsel, to research and continue its investigation, and for ongoing negotiations.  For that reason, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: March 10, 2016                         /s/ Nicholas F. Reyes
                                              NICHOLAS F. REYES
                                              Attorney for Defendant
                                              MICHAEL MUNIZ

**IT IS SO STIPULATED**

Dated: March 10, 2016                         /s/ Brian Delaney
                                              BRIAN DELANEY
                                              Assistant U.S. Attorney

### ORDER

**IT IS SO ORDERED that** the 3rd Status Conference is continued from March 14, 2016 To April 25, 2016 at 1:00PM before Judge McAuliffe.  Time excluded 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **March 10, 2016**                   /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE