# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MUNIZ,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. 1:15-cr-00211-DAD-BAM<br><br><br><br>ORDER FOR OPPOSITION |

Petitioner Michael Muniz is a federal prisoner who has filed a *pro se* motion to reduce a 108-month prison sentence imposed against him in this case pursuant to 18 U.S.C. § 3582(c)(2). (*See* Doc. Nos. 57 and 58.) The Federal Defender's Office has filed a notice of non-supplementation of petitioner's *pro se* motion. (Doc. No. 60.) Having reviewed the motion on file, the court finds resolution of this matter will be aided by the filing of a response by the government. Accordingly, within forty-five days of electronic service of this order, the government shall file and serve a response to petitioner's pending § 3582 motion.

IT IS SO ORDERED.

Dated: **May 12, 2017**

                                              UNITED STATES DISTRICT JUDGE