HEATHER E. WILLIAMS, Bar #122664  
Federal Defender  
PEGGY SASSO, Bar #228906  
First Assistant Defender  
Branch Chief, Fresno Office  
2300 Tulare Street, Suite 330  
Fresno, California  93721-2226  
Telephone: (559) 487-5561  

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00211-DAD-BAM |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| MICHAEL MUNIZ, | |
| Defendant. | |

Defendant, Michael Muniz, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

Mr. Muniz pled guilty in 2016 to distribution of methamphetamine. Following a term of custody, he received 60 months of supervised release, which began on January 13, 2022. Mr. Muniz submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Santana Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED:  November 13, 2024                              */s/ Peggy Sasso*  
                                                                              PEGGY SASSO  
                                                                              First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **November 13, 2024**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE