ROGER H. PONCE (State Bar No. 271243)
PONCE LAW CORP
1424 17th Street
Bakersfield, California 93301
Telephone: (661) 888-2003

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL MUNIZ,<br>　　　　　　Defendant | Case No.: 15-CR-00211-DAD-BAM-1<br><br>NOTICE OF MOTION AND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

**THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE DALE A. DROZD, ASSISTANT UNITED STATES ATTORNEY KATRINA BROWNSON, AND UNITED STATES PROBATION OFFICER CHRIS FRAUSTO**

## INTRODUCTION

On January 13, 2022, Mr. Michael Muniz began a four-year term of supervised release following service of a 108-month federal sentence. Now more than three years into supervision, Mr. Muniz respectfully petitions this Court for early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1).

1

Mr. Muniz resides in Bakersfield, California, and is a single parent raising three teenage children—ages 13, 14, and 16. Since his release, he has maintained full compliance with all conditions of supervision, including regular contact with his probation officers, no new arrests or violations, and continued law-abiding conduct. He operates a mobile car detailing business and is the sole provider for his household.

Mr. Muniz seeks early termination of supervision to pursue educational opportunities in San Diego that would allow him to grow his business and better support his family. In light of his consistent compliance, strong family and community ties, and clear rehabilitative progress, early termination is warranted and in the interest of justice.

Counsel for Mr. Muniz also spoke with his probation officer, who indicated;

"Mr. Muniz has had no known violation conduct since he commenced his term of supervised release on January 13, 2022. He has participated in random drug testing with no positive drug test throughout his term of supervised release. Mr. Muniz has had stable residence, employment, and shows no indication of engaging in criminal activity. He is nearing the end of his supervised release with a termination date of January 12, 2026. Mr. Muniz does have dated violent arrests in his criminal history but there are no current indications of violent tendencies. He is also trying to gain custody of a grandson and provide stability for him. Currently, Probation has no concerns or issues with early termination of his supervised release."

2

U.S. v. MUNIZ et al.
Case No. 15-CR-00211-DAD

# ARGUMENT

## A. Legal Standard

Pursuant to 18 U.S.C. § 3583(e)(1), the Court may terminate a term of supervised release at any time after one year, provided such action is supported by the conduct of the defendant and the interest of justice. In doing so, the Court must consider the relevant factors under 18 U.S.C. § 3553(a), including: the nature and circumstances of the offense and the history and characteristics of the defendant; the need for deterrence and protection of the public; the need to provide educational or vocational training and other correctional treatment; the kinds of sentences available and sentencing ranges; and the need to avoid unwarranted sentencing disparities.

The Ninth Circuit has consistently recognized that post-release rehabilitation, compliance, and personal development are valid grounds for early termination. See United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014); United States v. Smith, 219 F. App'x 666, 667 (9th Cir. 2007).

**A. Mr. Muniz Has Demonstrated Full Compliance and Rehabilitation**

Mr. Muniz has completed over 75% of his supervised release without a single violation. He has consistently maintained contact with the U.S. Probation Office, including his current supervising officer, J.C. Hill. There is no record of any disciplinary action, missed appointments, failed drug tests, or program noncompliance. This clean

3

U.S. v. MUNIZ et al.
Case No. 15-CR-00211-DAD

record reflects not just adherence to legal obligations but also a sustained commitment to personal reform.

## B. Mr. Muniz Is a Productive Member of His Community and Sole Caregiver to His Children

Mr. Muniz has fully reintegrated into society and is a positive, contributing member of his community. He owns and operates a mobile car detailing business in Kern County, which provides income for himself and supports his three children. As a single father, he manages the full responsibility of parenting—ensuring his children attend school, receive care, and have a stable home environment. His ability to juggle business ownership and parental duties reflects his maturity, responsibility, and determination to continue progressing.

## C. Early Termination Will Enable Educational and Economic Advancement

Mr. Muniz has identified an educational program in San Diego that aligns with his business and personal growth goals. Continued supervision imposes logistical and jurisdictional limitations on his ability to relocate or travel for educational purposes. Terminating his supervised release will remove these barriers and allow him to pursue formal training that can expand his business operations, improve his family's economic future, and continue his rehabilitation trajectory in a meaningful way.

4

U.S. v. MUNIZ et al.
Case No. 15-CR-00211-DAD

### D. Continued Supervision Serves No Further Purpose

Supervision is no longer necessary to ensure compliance, deter future conduct, or protect the public. Mr. Muniz has proven himself trustworthy, self-sufficient, and law-abiding. The goals of sentencing under § 3553(a) have been fully met. Continued monitoring would impose an unnecessary burden without serving a rehabilitative or public interest function.

### CONCLUSION

For the foregoing reasons, Mr. Muniz respectfully requests that this Court grant early termination of his supervised release under 18 U.S.C. § 3583(e)(1).

Date: September 17, 2025        */s/ Roger Humberto Ponce, Jr.*
ROGER HUMBERTO PONCE, Jr.
Attorney for Defendant
MICHAEL MUNIZ

5

U.S. v. MUNIZ et al.
Case No. 15-CR-00211-DAD

ROGER H. PONCE (State Bar No. 271243)
PONCE LAW CORP
1424 17th Street
Bakersfield, California 93301
Telephone: (661) 888-2003

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL MUNIZ,<br>    Defendant | Case No.: 15-CR-00211-DAD<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc. No. 145) |

     Defendant Michael Muniz through counsel has filed a motion for early termination of his supervised release term pursuant to 18 U.S.C. § 3583(e)(1). The court has confirmed that neither defendant's current supervising probation officer or the United States Attorney's Office has any objection to the granting of that motion. Accordingly, defendant's motion for early termination of his term of supervised release (Doc. No. 145) is GRANTED. The term of supervised release imposed on defendant Michael Muniz in Case No. 15-CR-00211-DAD is hereby TERMINATED effective immediately.

     IT IS SO ORDERED.

Dated: **September 23, 2025**　　　　　　　*Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

6

U.S. v. MUNIZ et al.
Case No. 15-CR-00211-DAD

7

U.S. v. MUNIZ et al.
Case No. 15-CR-00211-DAD